**CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney - **SBN 193206**
Email: Surekha.Pessis@lacity.org
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036, Fax No.: (213) 978-8785

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LAVAN, CATERIUS SMITH, WILLIE VASSIE, ERNEST SEYMORE, LAMOEN HALL, SHAMAL BALLANTINE, BYRON REESE, REGINALD WILSON, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> *Defendants.* | CASE NO.: CV11-02874 PSG (AJWx) <br> *Hon. Phillip Gutierrez, Ctrm 880 Roybal.* <br> *Mag. Andrew J. Wistrich, Ctrm.690 Roybal* <br><br> <u>**NOTICE OF APPEAL**</u> <br><br> **"PRELIMINARY INJUNCTION APPEAL"** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant CITY OF LOS ANGELES, a public entity, appeals to the United States Court of Appeal for the Ninth Circuit from the order

///

///

1

1   granting Plaintiff's request for a Preliminary Injunction, entered against the City of Los

2   Angeles on June 23, 2011.

3

4   DATED:  July 25, 2011          **CARMEN A. TRUTANICH**, City Attorney
                                   **GARY G. GEUSS**, Chief Assistant City Attorney
5                                  **CORY M. BRENTE**, Assistant City Attorney
                                   **SUREKHA A. PESSIS**, Deputy City Attorney
6

7                                  By _____
8                                       **SUREKHA A. PESSIS,** Deputy City Attorney

9                                  *Attorneys for Defendant,* **CITY OF LOS ANGELES**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28