CAROL A. SOBEL SBN 84483
JOHN P. GIVEN  SBN 269787
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393-3055   f. 310 451-3858
e. carolsobel@aol.com
e. john@johngiven.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| TONY LAVAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO: cv 11-02874 PSG (AJWx) <br><br> JOINT NOTICE OF TENTATIVE SETTLEMENT, REQUEST TO VACATE TRIAL DATE, AND FOR THE COURT TO RETAIN JURISDICTION TO COMPLETE THE SETTLEMENT <br><br> Date:  None <br> Time: None <br> Ctrm: Roybal 880 (Hon. Philip Gutierrez) <br><br> Action filed: April 5, 2011 |

The undersigned counsel submit this Joint Notice of Tentative Settlement, Request to Vacate the Trial Date and for the Court to retain Jurisdiction to Complete Settlement. As the Court is aware, the parties participated in a settlement conference before Magistrate Judge Woehrle on November 24, 2015, at which time they reached a tentative settlement of the remaining issues in this action.

The settlement requires a four-step approval procedure by the City.  That process is anticipated to take at least three months, if not longer, particularly in light of the upcoming holidays resulting in the cancellation of several meeting dates for City officials.  If the settlement is approved by the City Council, the

third step in the process, it then goes to the Mayor, who has 10 days to act on the proposal.

The parties have agreed that, if approved by the City, the settlement will be paid at the beginning of the next fiscal year, which is July 1, 2016.

Accordingly, the parties request that the Court vacate the current scheduling order to permit the settlement to be considered by the defendant. The parties will notify the Court of the outcome of the settlement review as soon as it is completed.

Dated: December 2, 2015         Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

 /s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs


MICHAEL N. FEUER, City Attorney
THOMAS PETERS, Chief Asst. City Attorney
CORY M. BRENTE, Asst, City Attorney
GEOFFREY PLOWDEN, Deputy City Attorney
WENDY SHAPERO, Deputy City Attorney


         /s/ Geoffrey Plowden
By: GEOFFREY PLOWDEN
Attorneys for Defendant

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the City of Attorney has been served this date by the Court's Electronic Court Filing (ECF) system upon all attorneys of record in this action.

December 2, 2015

                          s/ Carol A. Sobel
                          CAROL A. SOBEL