CAROL A. SOBEL SBN 84483
JOHN P. GIVEN  SBN 269787
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393-3055   f. 310 451-3858
e. carolsobel@aol.com
e. john@johngiven.com

E-FILED 12/3/15

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| TONY LAVAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO: cv 11-02874 PSG (AJWx) <br><br> [~~PROPOSED~~] ORDER RE JOINT NOTICE OF TENTATIVE SETTLEMENT, REQUEST TO VACATE TRIAL DATE, AND FOR THE COURT TO RETAIN JURISDICTION TO COMPLETE THE SETTLEMENT <br><br> Date:  None <br> Time: None <br> Ctrm: Roybal 880 (Hon. Philip Gutierrez) <br><br> Action filed: April 5, 2011 |

The Court has reviewed with Joint Notice of Tentative Settlement, Request to Vacate the Trial Date and for the Court to retain Jurisdiction to Complete Settlement submitted by the parties on December 2, 2015. The docket in this action reflects the results of the settlement conference conducted by Magistrate Judge Woehrle on November 24, 2015.

The Court is informed that the settlement requires a four-step approval procedure by the City, as outlined in the Joint Notice, that is anticipated to take several months to complete.

The Court is further informed that, if the settlement is approved, it will be paid at the beginning of the next fiscal year, which is July 1, 2016.

Accordingly, the Court vacates the current scheduling order to permit the settlement to be considered by the defendant City. The parties are to notify the Court of the outcome of the settlement review as soon as it is completed and to provide a status report on the progress of approval of the settlement no later than March 31, 2016 if a notice of completion of settlement has not been filed before that date.

Dated: December 2, 2015          Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

 /s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

MICHAEL N. FEUER, City Attorney
THOMAS PETERS, Chief Asst. City Attorney
CORY M. BRENTE, Asst, City Attorney
GEOFFREY PLOWDEN, Deputy City Attorney
WENDY SHAPERO, Deputy City Attorney

           /s/ Geoffrey Plowden
By: GEOFFREY PLOWDEN
Attorneys for Defendant

**IT IS SO ORDERED.**

**DATED:** 12/3/15

**U.S. DISTRICT JUDGE**

2

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the City of Attorney has been served this date by the Court's Electronic Court Filing (ECF) system upon all attorneys of record in this action.

December 2, 2015

                              s/ Carol A. Sobel
                              CAROL A. SOBEL