CAROL A. SOBEL SBN 84483
JOHN P. GIVEN  SBN 269787
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393-3055   f. 310 393-3605
e. carolsobel@aol.com
e. john@johngiven.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| TONY LAVAN, et al., | CASE NO: cv 11-02874 PSG (AJWx) |
| Plaintiffs, | REPORT ON THE STATUS OF THE SETTLEMENT PROCESS |
| v. | Date: None |
| CITY OF LOS ANGELES, et al., | Time: None |
| Defendants. | Ctrm: Roybal 880 (Hon. Philip Gutierrez) |
| | Action filed: April 5, 2011 |

The parties to this action, through their respective counsel, hereby file a status report on the pending settlement in this action.

The parties previously advised the Court that the approval process involved four-steps. The tentative settlement is now scheduled to be considered on April 11, 2016 by the Claims Board. The City anticipates that the matter will come before the full Council by the end of April.

As the Court may recall, the agreement provides that the settlement, if approved, will not be completed until the next fiscal year, beginning on July 1, 2016.

The parties will keep the court apprised of the progress of the settlement approval process.

Dated: March 31, 2016   Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

\_\_\_\_\_/s/ Carol A. Sobel_____
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: March 31, 2016   MICHAEL N. FEUER, City Attorney
CORY M. BRENTE
GEOFFREY PLOWDEN
WENDY SHAPERO

  /s/ Geoffrey Plowden
By: Geoffrey Plowden
Attorneys for Defendant City

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served this date on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: March 31, 2016                    /s/ Carol A. Sobel
                                         By: CAROL A. SOBEL