UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-02874-PSG-AJWx) | Date | July 15, 2016 |
|---|---|---|---|
| Title | Tony Lavan et al v. City of Los Angeles | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**      ORDER TO SHOW CAUSE HEARING RE DISMISSAL

On March 31, 2016, the Court received Plaintiff's Report on the Status of the Settlement Process. To date, no additional report or dismissal has been filed. Accordingly, the Court schedules an Order to Show Cause Hearing Re: Dismissal for August 1, 2016 at 2:30pm.

IT IS SO ORDERED.

Initials of Preparer      wh