CAROL A. SOBEL SBN 84483
JOHN P. GIVEN SBN 269787
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Boulevard, Ste. 550
Santa Monica, California 90401
t. 310 393-3055
e. carolsobel@aol.com
e. john@johngiven.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| | |
|---|---|
| TONY LAVAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO: cv 11-02874 PSG (AJWx)<br><br>NOTICE OF DISMISSAL OF THE ACTION WITH PREJUDICE<br><br>Date: August 1, 2016<br>Time: 1:30 p.m.<br>Ctrm: Roybal 880 (Hon. Philip Gutierrez)<br><br>Action filed: April 5, 2011 |

The parties have completed the settlement of this matter. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(2) and the terms of the Settlement, Plaintiffs request that the Court enter an Order dismissing this action with prejudice against all defendants.

Dated: July 20, 2016

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served this date on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: July 20, 2016

/s/ Carol A. Sobel
By: CAROL A. SOBEL