CAROL A. SOBEL SBN 84483
JOHN P. GIVEN  SBN 269787
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Boulevard, Ste. 550
Santa Monica, California 90401
t. 310 393-3055
e. carolsobel@aol.com
e. john@johngiven.com

Attorneys for Plaintiffs

E-FILED 7/25/16
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division

| TONY LAVAN, et al., | ) CASE NO: cv 11-02874 PSG (AJWx) |
| Plaintiffs, | ) [~~PROPOSED~~] ORDER DISMISSING THE ACTION WITH PREJUDICE |
| v. | ) Date: August 1, 2016 |
| CITY OF LOS ANGELES, et al., | ) Time: 1:30 p.m. |
| Defendants. | ) Ctrm: Roybal 880 (Hon. Philip Gutierrez) |
|  | Action filed: April 5, 2011 |

The parties informed the Court that they have completed the settlement of this matter. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(2), as Plaintiffs request, the this action is dismissed with prejudice against all defendants.

Dated: 7/25/16

**PHILIP S. GUTIERREZ**
UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

      /s/   Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served this date on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: July 20, 2016

/s/ Carol A. Sobel
By: CAROL A. SOBEL